UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br>DAVID HERRERA NAVARRO<br>JESSICA L. NAVARRO<br><br>**Debtors** | CASE NO: BKS-07-53062 A998<br><br>CHAPTER 13 |

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on November 16, 2007. The Court Confirmed Debtor's plan on February 8., 2008.

2. The Trustee has a balance on hand in this case in the amount of $2,325.24 which is owed to the Debtor as a refund. The Trustee has mailed these funds to the Debtor but the check(s) was (were) not negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $2,325.24, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Debtor(s)** | **Amount of Disbursement Check** |
|---|---|
| DAVID HERRERA NAVARRO<br>JESSICA L. NAVARRO<br>1623 HAYS<br>SEGUIN, TX 78155 | $2,325.24 |

Respectfully submitted,

/s/ Mary K. Viegelahn
_____
MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
909 N.E. Loop 410, Suite 400
San Antonio, TX 78209
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: CHAPTER 13

**DAVID HERRERA NAVARRO**
**JESSICA L. NAVARRO**

DEBTOR(S)        CASE NO.: **07-53062 A998**

**CERTIFICATE OF SERVICE**
---------------------------------------

I hereby certify that a true and correct copy of the attached document was served **March 20, 2013** by First Class Mail, upon the following:

Debtor(s):

| DAVID HERRERA NAVARRO | SWINDELL & ASSOCIATES |
| JESSICA L. NAVARRO | 8610 N NEW BRAUNFELS AVE STE 205 |
| 1623 HAYS | SAN ANTONIO, TX 78217-6359 |
| SEGUIN, TX 78155 | |

/S/
_____

Mary K. Viegelahn
Chapter 13 Trustee